CLWO7 **(12/15)**



In Re: **Mary Ellen Candage**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

Case No.: **14−00371**
Chapter: **7**

### ORDER CLOSING CASE WITHOUT ENTRY OF DISCHARGE
====================================================

   Pursuant to 11 U.S.C. § 727(a)(11), Fed. R. Bankr. P. 1007(b)(7) and (c), and the court's Notice of Requirement to Complete Instructional Course in Personal Financial Management and to File Certification Thereof (Official Form 423) (Docket Entry No. 7, entered 6/27/2014), the deadline for filing the Certification About a Financial Management Course (Official Form 423)[1] in this case was 9/29/2014. It appearing to the court that the certification has not been filed, and the court having received no response from the debtor(s) to its Notice That Case May Be Closed Without Discharge (Docket Entry No. 37, entered 9/30/2014), it is

   ORDERED that the chapter 7 trustee in this case is discharged and that this case is CLOSED without the entry of a discharge to the debtor(s). *The debtor(s) must file a motion to re−open this case, pay the full filing fee for the re−opening of the case, and file the Certification About a Financial Management Course (Official Form 423) to receive a discharge in this case.*

Copies to:

Debtor(s)
Attorney for the Debtor(s) (if any)
Chapter 7 Trustee
Office of the U.S. Trustee

_____

[1] If the personal financial management provider has not filed a certificate with the Court, the debtor(s) **must** submit Official Form 423 ("Certification About a Financial Management Course") pursuant to Fed. R. Bankr. P. 1007(b)(7). The court will not consider any "certification" submitted by the debtor(s) other than Official Form 423. The form is available at http://www.uscourts.gov/bkforms/bankruptcy_forms.html.

Dated: 1/22/16

For the Court:
Clerk of the Court

By:
kb